# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
V.
TYRONE C. NEXSEN

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)

CASE NUMBER: 6:06M6006-001

Morse U. Gist, Jr.
Defendant's Attorney

**THE DEFENDANT:**

X THE DEFENDANT pleaded X guilty to an Information on June 13, 2006

☐ THE DEFENDANT was found guilty on count(s) _____

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13 and A.C.A.5-73-102 | Possession of Instrument of a Crime | 09/30/2005 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.

☐ THE DEFENDANT was found not guilty on violation(s):

X Violation(s) 05:X0561719 WA-4, 05:X0561720 WA-4 & 05:X0561721 WA 4 are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: XXX/XX/8192

Defendant's Date of Birth: XX/XX/1960

Defendant's USM No.: None

Defendant's Residence Address:
XXXXXXXXXXXXXXXXXXX
Hot Springs, AR 71914

Defendant's Mailing Address:
Same as above

June 13, 2006
Date of Imposition of Judgment

*/s/ Signature of Judicial Officer*

Honorable Bobby E. Shepherd, United States Magistrate Judge
Name and Title of Judicial Officer

June 13, 2006
Date

This document entered on docket in compliance with Rule 32 (d) (1) and Rule 55 FRCrP
on 6-14-06 by BK

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 14 2006
CHRIS R. JOHNSON, CLERK
BY /s/ BK
DEPUTY CLERK

DEFENDANT: TYRONE C. NEXSEN
CASE NUMBER: 6:06M6006-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __two (2) months__. Term of imprisonment shall run concurrent to his State sentence in Garland County Case # CR2005-428-IV. No supervision will follow term of imprisonment.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245I (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
Sheet 3 — Criminal Monetary Penalties

AO 245I   (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
Sheet 3 — Criminal Monetary Penalties

**DEFENDANT:** TYRONE C. NEXSEN
**CASE NUMBER:** 6:06M6006-001

# CRIMINAL MONETARY PENALTIES**

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 3, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 25.00 | $ -0- | $ -0- |

**All monetary obligations ordered by the court, including restitution, are to be made payable to:

Central Violations Bureau
P. O. Box 780549
San Antonio, TX 78178-0549

The U. S. District Clerk will disperse restitution funds received from the defendant to the victims.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.**

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

**TOTALS**     $ _____     $ _____

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 3, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine and/or    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: TYRONE C. NEXSEN
CASE NUMBER: 6:06M6006-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  X  Lump sum payment of $ __25.00__ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with  ☐ C,  ☐ D, or  ☐ E below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.